UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>T. MASON; et al.,<br><br>    Defendants.<br>_____ / | No. C 07-180 SI (pr)<br><br>**ORDER RE. PAUPER MATERIALS AND ATTACHMENTS TO COMPLAINT** |

Plaintiff filed this action on January 10, 2007. The court notified him on that date that his complaint was deficient because he had not paid the filing fee or submitted a completed <u>in forma pauperis</u> application. Plaintiff was advised that failure to pay the fee or file the completed application within thirty days would result in dismissal of the action.

Plaintiff filed a letter requesting an extension of time to file his <u>in forma pauperis</u> application. Upon due consideration, the request is GRANTED. (Docket # 3.) Plaintiff must pay the filing fee or submit a completed <u>in forma pauperis</u> application no later than **April 13, 2007**. No further extensions of time will be granted.

Plaintiff's complaint refers to several attachments. The complaint that was filed did not have any attachments, i.e., the court received only the four-page form complaint. Plaintiff must file the missing attachments to his complaint no later than **April 13, 2007**.

IT IS SO ORDERED.

Dated: March 5, 2007                         _____
                                             SUSAN ILLSTON
                                             United States District Judge