**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL A. GONZALEZ,            No. C 07-180 SI (pr)

    Plaintiff,                       **ORDER SETTING DEADLINES**

    v.

T. MASON; et al.,

    Defendants.
                                         /

        Plaintiff has requested an extension of time to file his opposition to defendants' motion to dismiss. Upon due consideration, the court GRANTS the request. (Docket # 31.) The court now sets the following new briefing schedule on the motion to dismiss: Plaintiff must file and serve on defense counsel his opposition to the motion to dismiss no later than **December 21, 2007**. No further extensions of this deadline will be permitted. Defendants must file and serve their reply brief, if any, no later than **January 4, 2008**.

        Plaintiff's request for the court to disregard defendants' motion to dismiss is DENIED. (Docket # 30.) Plaintiff's contention that the motion was filed a day late is wrong; the motion was filed one day before the deadline.

        Plaintiff must file and serve his reply brief, if any, in support of his motion for a temporary restraining order no later than **December 3, 2007**. This deadline will not be further extended.

    IT IS SO ORDERED.

Dated: November 14, 2007

                                                    SUSAN ILLSTON
                                         United States District Judge