UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. GONZALEZ, | No. C 07-180 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| T. MASON; et al., | |
| Defendants. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 15, 2008

_____
SUSAN ILLSTON
United States District Judge